RECEIVED
IN LAKE CHARLES, LA

AUG 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH WATTS** | : | **DOCKET NO. 2:04 CV 2491** |
| **VS.** | : | **JUDGE MINALDI** |
| **PRUDENTIAL INSURANCE COMPANY OF AMERICA** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment filed by the defendant, Prudential Insurance Company of America ("Prudential") [doc. 12] IS DENIED.

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment filed by the plaintiff, Joseph Watts [doc. 14] IS GRANTED.

IT IS FURTHER ORDERED that the plaintiff's Motion for Attorney's Fees is GRANTED. Counsel for the plaintiff should submit a detailed accounting of time and costs incurred within thirty days of the date of this order.

Lake Charles, Louisiana, this 22 day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE